EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii  96850
Telephone: 440-9248

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 8 2002

at __ o'clock and __ min __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00543 DAE |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [H.R.S. § 708-810 and |
| CASEY J. KEALOHA, | ) | 18 U.S.C. § 13] |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about December 6, 2002, at Naval Station Kalaeloa, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, defendant CASEY J. KEALOHA did recklessly disregard a risk that a building was the dwelling place of ancther, and intentionally entered and remained unlawfully in the dwelling of

Larry Greengo and Jacqueline Neve, situated at 1778 A Coral Sea Road, Naval Station Kalaeloa, Hawaii, with intent to commit therein a crime against persons and property rights.

All in violation of Hawaii Revised Statute, Section 708-810, and Title 18, United States Code, Section 13.

DATED: _____12/18/02_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
JUSTIN B. CLANCY
Special Assistant U.S. Attorney


UNITED STATES v. CASEY J. KEALOHA
CR. NO.
INDICTMENT