AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

713524

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00543DAE-01 |
| CASEY J. KEALOHA | |

(Name and Address of Defendant)

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at 10 o'clock and 25 min. AM
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CASEY J. KEALOHA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked

RECEIVED 2006 JAN 18 PM 1:54 U.S. MARSHALS SERVICE HONOLULU, HI

in violation of Title   United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | January 18, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant     By: David Alan Ezra, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Brent C.K. Nahoa'i | [signature] |
| Date of Arrest 4/19/06 | cousin for N. Sasaki | |