AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL                113524

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00543 DAE-01 |
| CASEY J. KEALOHA | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 21 2006

at 10 o'clock and 25 a.m. M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CASEY J. KEALOHA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

2006 APR 10 PM 12:03
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | APRIL 10, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: David Alan Ezra, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
300 Ala Moana Blvd. Honolulu HI

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10 Apr 2006 | Nolan Sasaki | [signature] |
| Date of Arrest | Sr. Inspector | |
| 17 Apr 2006 | | |