# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/28/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00543DAE |
| CASE NAME: | USA v. Casey J. Kealoha |
| ATTYS FOR PLA: | Keith Celebrezze |
| ATTYS FOR DEFT: | Lori Faymonville |
| USPO: | Frank Condello |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Steve Platt |
| DATE: | 4/28/2006 | TIME: | 2:15pm-3:10pm |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant Casey J. Kealoha present in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:   NON IMPOSED

Supervised Release:   24 MONTHS

CONDITIONS:

1.  That the defendant shall abide by the standard conditions of supervision.

2.  That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

Defendant advised of her right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Defendant to be released by the U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager