# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 02-00543DAE

CASE NAME:      USA v. Casey J. Kealoha

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:    David Alan Ezra          REPORTER:

DATE:     5/5/2006                 TIME:

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

AMENDED SENTENCE:

Imprisonment:   TIME SERVED

Submitted by:  Theresa Lam, Courtroom Manager