PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2006

at 9 o'clock and 55 min. AM
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: CASEY J. KEALOHA          Case Number: CR 02-00543DAE-01

Name of Sentencing Judicial Officer:  The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence: 11/25/2003

Original Offense:    Burglary of a Residence, in violation of Hawaii Revised Statute
                     (HRS) § 708-810 and 18 U.S.C. § 13, a Class C felony

Original Sentence:   Fifteen (15) months imprisonment, to be followed by three (3) years
                     supervised release. The Court imposed the following special
                     conditions: 1) That the defendant participate in a substance abuse
                     program, which must include drug testing at the discretion and
                     direction of the Probation Office; 2) That the defendant is prohibited
                     from possessing any illegal or dangerous weapons; 3) That the
                     defendant provide the Probation Office and the Financial Litigation
                     Unit of the U.S. Attorney's Office access to any requested financial
                     information to include submitting to periodic debtor's examinations
                     as directed by the Probation Office; 4) That the defendant shall
                     attend adult education classes to obtain her General Educational
                     Development (GED) certificate. Thereafter, the defendant shall
                     either attend community college, secure full-time employment, or a
                     combination thereof, at the discretion and direction of the Probation
                     Office; 5) That the defendant shall have a 7:00 p.m. curfew for the
                     first year-and-a-half of supervision. The defendant shall be allowed
                     to extend her curfew to attend night classes or when she is
                     accompanied by her parents or siblings, at the discretion and
                     direction of the Probation Office; and 6) Defendant shall pay
                     restitution of $64 immediately to Larry and Melanie Ann Greengo at
                     the address to be furnished to the Clerk's Office, and any
                     remaining balance upon release from confinement be paid during
                     the period of supervision on an installment basis according to the
                     collection policy of the Probation Office but at a rate of not less
                     than 10 percent of her monthly gross income.

Prob 12B
(7/93)

2

| | |
|---|---|
| Modified Sentence: | On 8/18/2004, Your Honor modified the conditions of supervised release to include: 7) That the defendant perform 72 hours of community service as directed by the Probation Office. |
| Modified Sentence: | On 11/10/2004, Your Honor modified the conditions of supervised release to include: 8) That the defendant serve three (3) months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at her place of residence during nonworking hours and shall not leave her residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office. |
| Modified Sentence: | On 1/24/2005, Your Honor modified the conditions of supervised release to include: 9) That the defendant serve an additional two (2) months of home detention with electronic monitoring, for a total of five (5) months, as arranged by the Probation Office. During this time, the defendant shall remain at her place of residence during nonworking hours and shall not leave her residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office. |
| Revocation Offense and Sentence: | On 4/28/2006, the subject's supervised release was revoked for the following violations: 1) failing to answer truthfully all inquiries by the Probation Officer and follow instructions of the Probation Officer; 2) failing to report to the Probation Officer on 12/19/2005, 1/3/2006, 1/4/2006, 1/5/2006, 1/6/2006, 1/9/2006, 1/10/2006, and 1/11/2006; 3) failing to notify the Probation Officer ten (10) days prior to any change in employment; and 4) failing to submit a truthful and complete written report within the first five days of each month, for the months of October 2005 and November 2005. The subject was sentenced by Your Honor to time served (8 days) to be followed by twenty-four (24) months of supervised release. No special conditions were imposed. |

Prob 12B
(7/93)

3

<u>Type of Supervision: Supervised Release   Date Supervision Commenced: 4/28/2006</u>

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   Special Condition No. 1:   That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

## CAUSE

<u>Violation Number</u>   <u>Nature of Noncompliance</u>
1. General Condition   The subject's urine specimen of 5/3/2006 tested positive for marijuana.

   On 5/3/2006, the subject reported to the Probation Office. Per the General Condition, she was instructed to submit a urine specimen for drug testing. The urine specimen was tested with a non-instrumented drug testing (NIDT) device and was presumptively positive for marijuana. The subject denied using marijuana but admitted that she was in the company of others using marijuana while she was an absconder from her first supervised release term. After our office received confirmation from the laboratory that the specimen of 5/3/2006 was positive for marijuana, the subject admitted that she had lied to this officer and had used marijuana. She claimed that her marijuana use was all prior to her apprehension and the revocation of her first supervised release term. The subject was admonished and warned that further illicit drug use would not be tolerated.

   During the subject's first supervised release term, she participated in outpatient substance abuse counseling and drug testing without incident. Due to her recent marijuana use, it appears appropriate for the subject to receive additional substance abuse counseling and random drug testing. This will be in addition to our office's random drug testing of the subject. As a result, we respectfully recommend that the Court modify the conditions of supervision to include Special Condition No. 1 as stated in this report.

   Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives her right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

4

subject's attorney and the U.S. Attorney's Office have been notified of the proposed changes.

Respectfully submitted by,

*Frank M. Condello II*

FRANK M. CONDELLO, II
U.S. Probation Officer

Approved by:

*Timothy M. Jenkins*

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 6/8/2006

---

THE COURT ORDERS:

[✔]   The Modification of Conditions as Noted Above
[ ]   Other

_____
DAVID ALAN EZRA
U.S. District Judge
6/13/06
_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

*Special Condition No. 1:*   *That the defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

Witness: _Frank M. Condello II_
FRANK M. CONDELLO, II
U.S. Probation Officer

Signed: _Casey J. Kealoha_
CASEY J. KEALOHA
Supervised Releasee

5/23/06
Date