ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### District of Hawaii

713524

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 02-00543DAE(01) |
| **CASEY J. KEALOHA** | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CASEY J. KEALOHA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2007

at 11 o'clock and 15 min. A M
SUE BEITIA, CLERK

2007 FEB -6 AM 8:47

in violation of Title United States Code, Section(s).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | 02/05/2007 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at NO BAIL      By: David Alan Ezra, United States District Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at 2/7/07
Honolulu, HI.

| Date Received 2/6/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Arthur Oh<br>DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 2/7/07 | | |