# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/09/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CR 02-00543DAE

CASE NAME:  USA v. Casey J. Kealoha

ATTYS FOR PLA:  Gabriel Colwell for Elizabeth Josephson

ATTYS FOR DEFT:  Loretta A. Faymonville

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 02/09/2007 | TIME: | 10:05 - 10:06 |

COURT ACTION:  EP: Probable Cause Hearing - deft present in custody.
Defendant admitted to violations.
Court finds probable cause.
Order to Show Cause Why Probation Should Not be Revoked is set for 2/13/2007 @ 9 a.m. before Judge David A. Ezra.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager