# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CR 02-00543DAE

CASE NAME:	USA v. Casey J. Kealoha

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:	David Alan Ezra	REPORTER:

DATE:	2/13/2007	TIME:

COURT ACTION:  EO: Order to Show Cause Why Probation Should Not Be Revoked.

AMENDED CONDITION:

▸ That the defendant serve up to 6 months community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office.  While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

Submitted by:  Theresa Lam, Courtroom Manager