AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR00543-001 | Judgment - Page 3 of 5 |
| DEFENDANT: CASEY J. KEALOHA | |

*W'd. financial*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>4 MONTHS</u>

[✔] The court makes the following recommendations to the Bureau of Prisons:
**FDC Honolulu. Educational and Vocational opportunities. Drug treatment.**

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2007

at 1 o'clock and 20 min p.M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on __03-01-07__ to __FDC Honolulu__
at __Honolulu, HI__, with a certified copy of this judgment.

John T. Rothman
WARDEN ~~UNITED STATES MARSHAL~~

By  W. Tsai
    LJE  ~~Deputy U.S. Marshal~~