ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Hawaii

RECEIVED
2007 DEC -3 PM 1:31
U.S. MARSHALS SERVICE
HONOLULU, HI

UNITED STATES OF AMERICA

V.

CASEY J. KEALOHA

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 05 2007
at 10 o'clock and 45 min. A.M.
SUE BEITIA, CLERK

WARRANT FOR ARREST

Case Number: CR 02-00543DAE 01

SEALED
BY ORDER OF THE COURT

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CASEY J. KEALOHA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | December 3, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: David Alan Ezra, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Honolulu, HI | | |
| Date Received 12/3/07 | NAME AND TITLE OF ARRESTING OFFICER Arthur Oh/Dunn | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 12/4/07 | | |