# MINUTES

CASE NUMBER:       CR NO. 02-00543DAE

CASE NAME:         USA vs. CASEY J. KEALOHA

ATTYS FOR PLA:     Kerry L. Abramson

ATTYS FOR DEFT:    Loretta A. Faymonville

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:     12/06/2007                   TIME:       3:01-3:03

COURT ACTION:  EP: Proof Hearing on Order to Show Cause as to Why Supervised Release Should Not Be Revoked - Defendant not present, presence waived.

Defendant admits to probable cause re: violation of supervised release.

Order to Show Cause as to Why Supervised Release Should Not Be Revoked set for 12/10/2007 at 10:30 AM before Judge David Alan Ezra.

Submitted by: Warren N. Nakamura, Courtroom Manager