# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00543DAE |
| CASE NAME: | USA v. Casey J. Kealoha |
| ATTYS FOR PLA: | Kerry L. Abramson |
| ATTYS FOR DEFT: | Loretta Faymonville |
| USPO: | Frank Condello |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 12/10/2007 | TIME: | 10:30am-11:10am |

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits in part and denies in part violation No. 1, defendant admits violations No. 2 and 3. Defendant denies violations 4, 5, and 6. After testimony, Court finds defendant guilty of all violations.

Government's Witness: Frank Condello.

Government's Exhibit Received: 1.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE: Imprisonment: 18 MONTHS and 20 DAYS

Supervised Release: NONE IMPOSED

JUDICIAL RECOMMENDATIONS: Prison Camp on the Mainland with drug treatment.

Defendant advised of her right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager