AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**CASEY J. KEALOHA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:     1:02CR00543-001
USM Number:          89987-022
**LORETTA FAYMONVILLE, AFPD**
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of condition(s)  Standard Condition No. 7; Standard Condition No. 9; General Condition; 18 U.S.C. §3583(g)(3), Special Condition No. 1; and Standard Condition No. 2  of the term of supervision.
[ ]  was found in violation of condition(s) ____ after denial or guilt.

**Violation Number**          **Nature of Violation**                    **Date Violation Occurred**
See next page.

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **1202**

Defendant's Residence Address:
**Honolulu, HI 96817**

Defendant's Mailing Address:
**Honolulu, HI 96817**

DECEMBER 10, 2007
Date of Imposition of Sentence

_/s/_ Signature of Judicial Officer

**DAVID ALAN EZRA**, United States District Judge
Name & Title of Judicial Officer

DEC 12 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:02CR00543-001  Judgment - Page 2 of 3
DEFENDANT: CASEY J. KEALOHA

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Urine Specimen taken as part of the treatment regimen tested positive for methamphetamine | 11/26/07 |
| 2 | Defendant associated with persons engaged in criminal activity | 11/26/07 |
| 3 | Defendant admitted using methamphetamine | 11/28/07 |
| 4 | Defendant refused to comply with drug testing that was part of the treatment regimen | 8/27/2007 and 9/26/2007 |
| 5 | Defendant failed to attend outpatient substance abuse counseling at Freedom Recovery Services | 9/18/07 and 9/25/07 |
| 6 | Defendant failed to submit a monthly supervision report | 9/2007 and 10/2007 |

AO 245B     (Rev. 6/05) Judgment in a Criminal Case
                Sheet 2 - Imprisonment

CASE NUMBER:    1:02CR00543-001                        Judgment - Page 3 of 3
DEFENDANT:      CASEY J. KEALOHA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **18 MONTHS and 20 DAYS**

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        **Prison Camp on the Mainland with drug treatment.**

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                                      _____
                                                                      UNITED STATES MARSHAL

                                                      By    _____
                                                                           Deputy U.S. Marshal